IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SABRINA KENT,                          )
                                       )
    Plaintiff,                         )
                                       )
v.                                     )   CASE NO. CV422-134
                                       )
FRED WILLIAMS HOMEBUILDERS,            )
Installer, and SHELL OIL CO.,          )
Maker/Producer,                        )
                                       )
    Defendants.                        )
                                       )

O R D E R

Before the Court is the Magistrate Judge's May 24, 2022, Report and Recommendation (Doc. 4), to which Plaintiff has not filed objections. After a careful review of the record,[1] the Report and Recommendation (Doc. 4) is **ADOPTED** as the Court's opinion in this case. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is **DENIED**.

SO ORDERED this 25th day of July 2022.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).