UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SABRINA KENT, | ) |
|       Plaintiff, | ) ) ) |
| v. | )    CV422-134 ) |
| FRED WILLIAMS HOMEBUILDERS, and SHELL OIL CO., | ) ) ) ) ) |
|       Defendants. | ) |

## ORDER

The District Judge denied *pro se* plaintiff Sabrina Kent's request to pursue this case *in forma pauperis*, after she failed to object to the undersigned's recommendation. *See* doc. 5. Pursuant to this Court's Local Rules, Kent "shall have twenty-one calendar days from the date of service of the order denying the IFP petition to pay the appropriate filing fee." S.D. Ga. L. Civ. R. 4.2(2). The Federal Rules of Civil Procedure provide that service of papers, other than pleadings, may be accomplished by mailing the paper to the party. *See* Fed. R. Civ. P. 5(b)(2)(C); *see also* Fed. R. Civ. P. 77(d)(1) ("Immediately after entering an order or judgment, the clerk must serve notice of the entry, as

provided in Rule 5(b), on each party who is not in default for failing to appear."). The Rules are explicit that service by mail "is complete upon mailing." Fed. R. Civ. P. 5(b)(2)(C). Internal Court records reflect that the Clerk mailed the District Judge's Order on July 25, 2022. Accordingly, Kent is **DIRECTED** to pay the filing fee no later than August 15, 2022. "Failure to make timely payment will result in dismissal of the complaint." S.D. Ga. L. Civ. R. 4.2(2).

**SO ORDERED**, this 28th day of July, 2022.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA